JOHNSTON., Judge,
 

 (after argument,) If a jury iu laying off
 
 ***
 
 a widow’s dower, giver her too much, the heirs may shew this bv affidavit to the court, and the court upon a rule made for the purpose, will enquire into it, and set aside the verdict if justice require it. It is true & return of the writ commanding the dower to be laid offis not expressly directed by the act 1784 cln 32, sec. 9, but it is implied that it shall be returned and filed. How else is the extent of the dower lands to be known, or the court to be satisfied that it has been laid oil? On the other hand i f the jury lay off too little for the widow, she may disclose it to the epurt by affidavit, and the court will make a rule, and have it enquired into., and set aside the allotment if there be cause for it. The proper way now, is for the widow to contradict the affidavits filed against her, by other affidavits»